

Chambers of
**GARR M. KING**
United States District Judge

### *United States District Court*
#### DISTRICT OF OREGON
907 United States Courthouse
1000 Southwest Third Avenue
Portland, Oregon 97204
Chambers (503) 326-8230
█████████

RECEIVED 2009 JUL -7 A 11: 14 FINANCIAL DISCLOSURE OFFICE

June 30, 2009

Judge Bobby R. Baldock, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N. E.
Washington, D. C. 20544

Re: Calendar Year 2008 Filing, Judge Garr M. King

Dear Judge Baldock:

In response to your letter of June 17, 2009, I submit the following information:

Regarding Part VII, page 4, line 7, the listing of "JP Morgan/Chase" is stock which I own in that company and has previously been reported. In my 2007 Financial Disclosure Report, it is listed in Part VII, page 5, line 9. I still own the same number of shares.

With regard to Part VII, page 6, line 49, and page 7, line 52, you ask for the names of the financial institutions or brokerage companies in which the CD and cash account are maintained. Both of those are maintained in my IRA account at UBS Resource Management Company.

If you need anything further, please advise.

Very truly yours,



GMK:pfc

**King_Garr_M**

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| AO 10 |
| --- |
| Rev. 1/2008 |

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2008

| 1. Person Reporting (last name, first, middle initial)  KING, GARR M. | 2. Court or Organization  DISTRICT OF OREGON | 3. Date of Report  05/01/2009 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  SENIOR UNITED STATES DISTRICT JUDGE | 5a. Report Type (check appropriate type)  ☐ Nomination,  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address  907 UNITED STATES COURTHOUSE  1000 S. W. THIRD AVENUE  PORTLAND, OREGON 97204 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing Instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. CO-MANAGER | KING PARTNERS LLC |
| 2. PRESIDENT/DIRECTOR | KING FAMILY FOUNDATION |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

2009 MAY 11 A 10: 47
FINANCIAL
DISCLOSURE OFFICE
RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| KING, GARR M. | 05/01/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Administrative Office of the United States Courts | 03/12/2008 to 03/14/2008 | Redondo Beach, California | FJC Educational Seminar | Transportation, Food and Lodging |
| 2. | American College of Trial Lawyers | 03/26/2008 to 03/30/2008 | Austin, Texas | Nat'l Trial Competition | Transportation and Food |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, GARR M. | 05/01/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, GARR M. | 05/01/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. U.S. NATIONAL BANK | A | Interest | K | T | | | | | |
| 2. OREGON STATE VETS SER. 75 | B | Interest | K | T | | | | | |
| 3. WASHINGTON CO. OREGON UNI SWR | A | Interest | | | Sold | 10/1 | J | | |
| 4. PORTLAND OREGON HOUSING 11-1-25 | B | Interest | K | T | | | | | |
| 5. ANALOG DEVICES COMMON STOCK | | None | K | T | | | | | |
| 6. CISCO SYS. INC. COMMON STOCK | | None | L | T | | | | | |
| 7. JP MORGAN / CHASE | B | Dividend | K | T | | | | | |
| 8. INTEL CORP. | A | Dividend | K | T | | | | | |
| 9. U.S. BANCORP COMMON STOCK | B | Dividend | L | T | | | | | |
| 10. WASHINGTON MUTUAL COMMON STOCK | | None | | | Sold | 6/5 | J | | |
| 11. ORACLE CORP. COMMON STOCK | | None | K | T | | | | | |
| 12. CASH IN BROKERAGE ACCOUNTS - UBS Resource Mgmt. Acct. | F | Int./Div. | N | T | | | | | |
| 13. M&P CO. (Real Estate Partnership) Salt Lake City, Utah | E | Rent | L | W | | | | | |
| 14. MACKINNON FINANCIAL SERVICES (Partnership) | A | Interest | | | Sold | 6/30 | J | | |
| 15. COMM. FINANCIAL LTD PARTNERSHIP (MIDCO) | A | Interest | J | T | | | | | |
| 16. AMERICAN EXPRESS | A | Dividend | L | T | Sold (part) | 10/16 | K | | |
| 17. AM. INT'L GROUP | | None | | | Sold | 6/5 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, GARR M. - | 05/01/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  CITIGROUP | A | Dividend | | | Sold | 6/5 | K | | |
| 19.  EXXON MOBIL | B | Dividend | L | T | | | | | |
| 20.  MICROSOFT | | None | K | T | | | | | |
| 21.  WELLS FARGO | A | Dividend | K | T | Sold (part) | 10/16 | K | D | |
| 22.  WALT DISNEY CO. | A | Dividend | | | Sold | 10/16 | K | | |
| 23.  UNITED PARCEL | B | Dividend | K | T | | | | | |
| 24.  MIDCAP SPDR | B | Dividend | M | T | Buy (add'l) | 10/16 | L | | |
| 25.  ISHARES TR | D | Dividend | M | T | | | | | |
| 26.  COLUMBIA BANCORP | A | Dividend | J | T | Sold (part) | 6/5 | K | | |
| 27.  CASCADE BANCORP | A | Dividend | J | T | Sold (part) | 6/5 | K | | |
| 28.  BPPLC Spons. ADR | B | Dividend | K | T | | | | | |
| 29.  MEDTRONIC | A | Dividend | K | T | | | | | |
| 30.  SPECTOR SPDR TR INTL. HEALTH | B | Dividend | M | T | | | | | |
| 31.  SPECTOR SPDR ENERGY | B | Dividend | M | T | | | | | |
| 32.  TRI COUNTY METTR | | None | | | Redeemed | 1/2 | K | | |
| 33.  WEST BANK P.R.C.O. | | None | | | Redeemed | 1/2 | K | | |
| 34.  CLACK. CTY. OR. HOSP. | B | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | KING, GARR M. | 05/01/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. CARMEN DRIVE HEALTH CENTER INVESTORS | C | Interest | K | U | | | | | |
| 36. SUN WATER SYSTEMS INC. | C | Dividend | K | U | | | | | |
| 37. RESIDENCE - DAVIS, CALIFORNIA | | None | O | T | | | | | |
| 38. SALEM OR. WATER REV. | B | Interest | L | T | | | | | |
| 39. WEST COAST BAN CORP. | | None | | | Sold | 6/5 | K | | |
| 40. OR. STATE DEPT. ADMIN. | C | Interest | L | T | | | | | |
| 41. PORT ORE SWR SYSTEM | D | Interest | M | T | | | | | |
| 42. IRA - Amer Funds Capitol | B | Dividend | L | T | | | | | |
| 43. Amer Funds Euro | B | Dividend | L | T | | | | | |
| 44. Dodge & Cox Int'l | A | Dividend | K | T | | | | | |
| 45. Dodge & Cox Stock | B | Dividend | L | T | | | | | |
| 46. DWS Dreman Fund | A | Dividend | K | T | | | | | |
| 47. Fed. Kaufman Fund | A | Dividend | K | T | | | | | |
| 48. FPA Capitol Fund | A | Dividend | K | T | | | | | |
| 49. IRA - Certificates of Deposit | C | Interest | M | T | | | | | |
| 50. Loomis Sayles Fund | C | Dividend | K | T | | | | | |
| 51. Oppenheimer Bond | C | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, GARR M. | 05/01/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Cash in IRA Fund | A | Interest | K | T | | | | | |
| 53. KBW Bank ETF | A | Dividend | M | T | Buy | 10/1 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, GARR M. | 05/01/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544